UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY REED, | Case No. C15-5128-JLR-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of his application for

disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The

parties have stipulated that this case should be reversed and remanded for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be

REVERSED and REMANDED for further administrative proceedings before an Administrative

Law Judge ("ALJ").  On remand, the ALJ shall: 1) allow plaintiff to submit additional evidence

and arguments;  2) hold a de novo hearing and issue a new decision; 3) reevaluate the medical

opinion evidence, particularly the opinions of the State agency reviewing doctors, Dan Donahue,

Ph.D., and Matthew Comrie, Psy.D., in accordance with 20 C.F.R §§ 404.1527, 416.927; explain

1  the weight given; and provide legally sufficient reasons for any medical opinion that is rejected;

2  4) reassess plaintiff's residual functional capacity; 5) continue with the sequential evaluation

3  process, reevaluating plaintiff's ability to perform past relevant work or other work, and

4  obtaining, as necessary, vocational expert testimony; and 6) take any other actions necessary to

5  develop the record.

6       Upon proper application, the Court will consider whether reasonable attorney's fees and

7  costs should be awarded pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

8       Because the parties have stipulated that the case be remanded as set forth above, the

9  Court recommends that United States District Judge James L. Robart immediately approve this

10  Report and Recommendation.  The Clerk should note the matter for **August 28, 2015** as ready

11  for Judge Robart's consideration.  A proposed order accompanies this Report and

12  Recommendation.

13       DATED this 28th day of August, 2015.

14

                              JAMES P. DONOHUE

15                                Chief United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION
PAGE - 2